FILED
DISTRICT COURT OF GUAM
MAY 13 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00023 |
| Plaintiff, ) | |
| ) | **PETITION FOR WARRANT** |
| vs. ) | **OF REMOVAL** |
| ) | |
| WILLIAM KENT MADDOX, ) | |
| Defendant. ) | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

On March 9, 2005, an Indictment was filed in the United States District Court, District of Oregon, against the defendant WILLIAM KENT MADDOX, under Criminal Case No. 05-99. The defendant was charged with Intent to Obstruct the Lawful Exercise of Parental Rights, in violation of Title 18, United States Code, Section 1204. See Exhibit A. Subsequently,

//

//

//

the United States District Court for the District of Oregon, issued a Warrant for Arrest of Defendant. See Exhibit B. The Defendant was later arrested by a Special Agent of the Federal Bureau of Investigations, on Guam.

WHEREFORE, petitioner prays this Court to issue a Warrant of Removal pursuant to Fed. R. Crim. P. 5(c) for said Defendant to be removed from the District of Guam to the District of Oregon.

Dated this _____ day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 05-99 HA |
| | ) | |
| WILLIAM KENT MADDOX, | ) | INDICTMENT |
| | ) | [18 U.S.C. § 1204] |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

COUNT 1

On or about February 11, 2001, in the District and State of Oregon, WILLIAM KENT MADDOX, defendant herein, did knowingly and unlawfully remove from the United States, W.T.M. and R.M.M., children under the age of sixteen years, with intent to obstruct the lawful exercise of parental rights of Kadriye G. Maddox; all in violation of Title 18, United States Code, Section 1204.

DATED this 9 day of March 2005.

A TRUE BILL:

*/s/ Jack Markre*
PRESIDING GRAND JUROR

KAREN J. IMMERGUT
United States Attorney

*/s/*
FRANK NOONAN, OSB# 70104
Assistant United States Attorney

EXHIBIT A

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

WILLIAM KENT MADDOX

**WARRANT FOR ARREST**

Case Number: CR. 05-99 HA

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIAM KENT MADDOX**

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment __ Information __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with: INTERNATIONAL PARENTAL KIDNAP

in violation of Title 18 United States Code, Section(s) 1204

Donald M. Cinnamond
Name of Issuing Officer

/s/ J. Raun
Signature of Issuing Officer
J. Raun, Deputy Clerk

Clerk, US District Court
Title of Issuing Officer

March 10, 2005, Portland, Oregon
Date and Location

Bail fixed at $ **DETENTION REQUESTED**         by **JOHN JELDERKS, MAGISTRATE JUDGE**
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

EXHIBIT B