1  LEONARDO M. RAPADAS
2  United States Attorney
   RUSSELL C. STODDARD
3  First Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortes Avenue
5  Hagatna, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334
7
   Attorneys for United States of America
8

**FILED**

DISTRICT COURT OF GUAM

MAY 13 2005

MARY L.M. MORAN
CLERK OF COURT

9        IN THE UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF GUAM

11

**05-00023**

| | | |
|---|---|---|
| 12 UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
| | ) | |
| 13            Plaintiff, | ) | |
| | ) | **WAIVER OF IDENTITY; AND** |
| 14       vs. | ) | **ORDER** |
| 15 | ) | |
| WILLIAM KENT MADDOX, | ) | |
| 16 | ) | |
| 17            Defendant. | ) | |
| _____ | ) | |

18

19       The Defendant, after advice of counsel, waives an identity hearing and consents to an

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

issuance of an Order requiring his appearance in the District of Oregon where there is a Warrant

outstanding for his arrest.

DATED: __5/13/05__

_____
WILLIAM KENT MADDOX
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

## ***ORDER***

WILLIAM KENT MADDOX, having been arrested in the District of Guam on a Warrant

of Arrest issued pursuant to an Order, and having waived identity, WILLIAM KENT MADDOX

is committed to the U.S. Marshal's Office for the District of Guam for Removal to the District of

Oregon and there deliver him to the U.S. Marshal for the District of Oregon or to some other

officer authorized to receive him.

DATED: __5/13/05__

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

-2-