ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 13 2005
MARY L.M. MORAN
CLERK OF COURT

05-00023

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. _____ |
| Plaintiff, | |
| vs | WARRANT OF REMOVAL |
| WILLIAM KENT MADDOX, | |
| Defendant. | |

TO: U.S. MARSHAL
    District of Guam

A Criminal Complaint having been filed in the United States District Court, District of Oregon, under Criminal Case No. 05-99, charging the defendant, WILLIAM KENT MADDOX, with Intent to Obstruct the Lawful Exercise of Parental Rights, in violation of Title 18, United States Code, Section 1204; and

Said WILLIAM KENT MADDOX having been arrested in this District on a warrant for arrest issued pursuant to the above Order, was found to be the person named in the above referenced Order at a hearing held on May 13, 2005, and was committed to the custody of the U.S. Marshal's Service in the District of Guam pending his removal to the District of Oregon to answer the charges that are pending against him;

//
//
//

1     You are therefore commanded to remove WILLIAM KENT MADDOX, forthwith to the
2 District of Oregon and there deliver him to the United States Marshal in that District or to some
3 other officer authorized to received him.
4     DATED this 13th day of May, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam